# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In Re: Joseph S. Beale, Debtor (BK Case #04 B 8748)   Case Number:   08 CV 4209

Andrew J. Maxwell, Trustee, Plaintiff   Judge Charles R. Norgle, Sr.

v. T. Gregory Kemp, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Andrew J. Maxwell, Chapter 7 Trustee of the Bankruptcy Estate of Joseph S. Beale.

| | |
|---|---|
| NAME (Type or print) Richard J. Mason, P.C. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Richard J. Mason, P.C. | |
| FIRM   McGuireWoods LLP | |
| STREET ADDRESS   77 West Wacker Drive, Suite 4100 | |
| CITY/STATE/ZIP   Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   01787659 | TELEPHONE NUMBER   312/849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL            APPOINTED COUNSEL | |

\6445074.1\