IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOSEPH S. BEALE, | ) | 08 CV 4209 |
| | ) | |
| Debtor, | ) | Judge Norgle |
| | ) | |
| ANDREW J. MAXWELL, Interim Trustee | ) | Magistrate Judge Schenkier |
| | ) | |
| Plaintiff, | ) | Chapter 7 |
| | ) | |
| v. | ) | Case No. 04 B 8748 |
| | ) | |
| JOSEPH S. BEALE, et al., | ) | Honorable Bruce W. Black |
| | ) | |
| Defendants. | | Adversary No. 04 A 2416 |

**MOTION TO REMOVE NON-PARTIES GSP I ACQUISITION, LLC
AND WALTON STREET CAPITAL, LLC FROM THE SERVICE LIST**

NOW COME non-parties GSP I Acquisition, LLC ("GSP") and Walton Street Capital, LLC ("Walton"), by their counsel, and in support of their motion to be removed from the service list in the above-captioned matter state as follows:

1. On July 24, 2008, certain defendants moved to withdraw the reference of the above-captioned adversary proceeding (04 B 8748/04 A 2416) ("the Beale Adversary Proceeding') from the United States Bankruptcy Court.

2. GSP and Walton were originally named as defendants in the Beale Adversary Proceeding, but were dismissed from that action on June 16, 2004. A copy of the order dismissing GSP, Walton and other defendants is attached as Exhibit A hereto.

3. Despite their dismissal, GSP and Walton (and their counsel) were included in the service list generated in connection with pending motion to withdraw reference.

4. As they are no longer parties to the adversary proceeding at issue, GSP and Walton respectfully request that this Court enter an order directing the Clerk to remove them and their attorneys (Gregory Scandaglia and Alan Nicgorski) from the service list for electronic (and all other) filings in connection with the pending motion to withdraw reference.

By:

/s/ Alan W. Nicgorski           

Alan W. Nicgorski (#6243574)
Gregory J. Scandaglia (#6195144)
Scandaglia & Ryan
55 East Monroe Street, Suite 3930
Chicago, Illinois 60603
Phone: (312) 580-2020
Fax: (312) 782-3806
E-mail: anicgorski@scandagliaryan.com