IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| JOSEPH S. BEALE, | ) Case No. 04 B 8748 |
| | ) |
| Debtor, | ) |
| | ) Honorable Bruce W. Black |
| ANDREW J. MAXWELL, Interim Trustee | ) |
| | ) |
| Plaintiff, | ) Adversary No. 04 A 2416 |
| | ) |
| v. | ) |
| | ) |
| JOSEPH S. BEALE, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER IMPOSING AGREED LIMITED RESTRICTIONS UPON AND VOLUNTARILY DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE

This matter coming to be heard on the Interim Trustee's Motion to Voluntarily Dismiss Certain Defendants Without Prejudice (the "Motion"); Palmet Venture LLC, RERC/Palmet, LLC, VKAM Palmet LLC, M/S Land LLC, GSP I Acquisition LLC, Walton Street Capital, LLC, 6300 Howard LLC and Euclid Center LLC (the "Specified Defendants") having agreed to the restrictions imposed on them under this Order and having further agreed to entry of this Order by the Court, due notice having been given to all parties entitled thereto; the Court having been fully advised in the premises and having concluded that this matter constitutes a core proceeding;

IT IS HEREBY ORDERED THAT:

1. The Specified Defendants are prohibited from making any transfers to, the Debtor, the Debtor's former spouse (Mary Q. Beale), Sally Reynolds, Jane Rodak, Louis

\\FIN\206922.2

McGuireWoods LLP    6/14/2004 3:01    PAGE 003/003    Fax Server

Waddle (collectively the "Debtor-Related Persons") or any other party known to be affiliated with the Debtor-Related Persons. The Specified Defendants are further prohibited from acting in concert with anyone to make any transfers to the Debtor-Related Persons or permitting anyone to make transfers on the Dismissed Defendant's behalf to the Debtor-Related Persons.

2. The Specified Defendants are hereby dismissed, voluntarily, from the Adversary proceeding, without prejudice, all parties to bear their own costs.

3. The Court shall retain jurisdiction for purposes of enforcing the provisions hereof.

Dated: ___6/16___, 2004         Entered:

_____       _____
                                United States Bankruptcy Judge

_____       _____
One of the Attorneys for the    One of the Attorneys for Palmet
Interim Trustee                 Venture LLC

_____       _____
One of the Attorneys for RERC/Palmet LLC   One of the Attorneys for VKAM
                                Palmet LLC

_____       _____
One of the Attorneys for M/S Land LLC      One of the Attorneys for GSP I
                                Acquisition LLC

_____       _____
One of the Attorneys for        One of the Attorneys for
Walton Street Capital, LLC      6300 Howard LLC

_____
One of the Attorneys for Euclid Center LLC

\WIN\2069721.1

Waddle or any other insider of the Debtor (the "Debtor-Related Persons") or any party known to be affiliated with the Debtor-Related Persons. The Specified Defendants are further prohibited from acting in concert with anyone to make any transfers to the Debtor-Related Persons or permitting anyone to make transfers on the Dismissed Defendant's behalf to the Debtor-Related Persons.

2. The Specified Defendants are hereby dismissed, voluntarily, from the Adversary proceeding, without prejudice, all parties to bear their own costs.

3. The Court shall retain jurisdiction for purposes of enforcing the provisions hereof.

Dated: _____, 2004    Entered:

_____    _____
                                    United States Bankruptcy Judge

One of the Attorneys for the Interim Trustee    One of the Attorneys for Palmet Venture LLC

_____    _____
One of the Attorneys for RERC/Palmet LLC    One of the Attorneys for VKAM Palmet LLC

_____    _____
One of the Attorneys for M/S Land LLC    One of the Attorneys for GPS I Acquisition LLC

_____    _____
One of the Attorneys for    One of the Attorneys for
Walton Street Capital LLC    6300 Howard LLC

_____
One of the Attorneys for Euclid Center LLC

W\DM\206022.2

Waddle or any other insider of the Debtor (the "Debtor-Related Persons") or any party known to be affiliated with the Debtor-Related Persons. The Specified Defendants are further prohibited from acting in concert with anyone to make any transfers to the Debtor-Related Persons or permitting anyone to make transfers on the Dismissed Defendant's behalf to the Debtor-Related Persons.

2. The Specified Defendants are hereby dismissed, voluntarily, from the Adversary proceeding, without prejudice, all parties to bear their own costs.

3. The Court shall retain jurisdiction for purposes of enforcing the provisions hereof.

Dated: _____, 2004

Entered:

_____
One of the Attorneys for the Interim Trustee

_____
One of the Attorneys for RERC/Palmet LLC

_____
One of the Attorneys for M/S Land LLC

_____
One of the Attorneys for Walton Street Capital LLC

_____
One of the Attorneys for Euclid Center LLC

_____
United States Bankruptcy Judge

_____
One of the Attorneys for Palmet Venture LLC

_____
One of the Attorneys for VKAM Palmet LLC

_____
One of the Attorneys for GPS I Acquisition LLC

_____
One of the Attorneys for 6300 Howard LLC

WDN\2066922.2

Waddle (collectively the "Debtor-Related Persons") or any other party known to be affiliated with the Debtor-Related Persons. The Specified Defendants are further prohibited from acting in concert with anyone to make any transfers to the Debtor-Related Persons or permitting anyone to make transfers on the Dismissed Defendant's behalf to the Debtor-Related Persons.

2.  The Specified Defendants are hereby dismissed, voluntarily, from the Adversary proceeding, without prejudice, all parties to bear their own costs.

3.  The Court shall retain jurisdiction for purposes of enforcing the provisions hereof.

Dated: _____, 2004            Entered:

_____         _____
One of the Attorneys for the Interim Trustee      United States Bankruptcy Judge

                                        _____
                                        One of the Attorneys for Palmet
                                        Venture LLC

_____         _____
One of the Attorneys for RERC/Palmet LLC          One of the Attorneys for VKAM
                                        Palmet LLC

_____         _____
One of the Attorneys for M/S Land LLC   One of the Attorneys for GSP I
                                        Acquisition LLC

_____         _____
One of the Attorneys for                One of the Attorneys for
Walton Street Capital, LLC              6300 Howard LLC

_____
One of the Attorneys for Euclid Center LLC

\\FIN\206922.2