### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOSEPH S. BEALE, | ) | 08 CV 4209 |
| | ) | |
| Debtor, | ) | Judge Norgle |
| | ) | |
| ANDREW J. MAXWELL, Interim Trustee | ) | Magistrate Judge Schenkier |
| | ) | |
| | ) | Chapter 7 |
| Plaintiff, | ) | |
| | ) | Case No.  04 B 8748 |
| v. | ) | |
| | ) | Honorable Bruce W. Black |
| JOSEPH S. BEALE, et al., | ) | |
| | | Adversary No. 04 A 2416 |
| Defendants. | | |

### NOTICE OF MOTION

**TO:**
The Parties Listed on the Court's CM/ECF System

**PLEASE NOTE** that on Friday, August 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2341**, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the attached **Motion to Remove Non-Parties GSP I Acquisition, LLC and Walton Street Capital, LLC From the Service List**, a copy of which is hereby served upon you.

/s/ Alan W. Nicgorski_____

Alan W. Nicgorski (#6243574)
Gregory J. Scandaglia (#6195144)
Scandaglia & Ryan
55 East Monroe Street, Suite 3930
Chicago, Illinois 60603
Phone:  (312) 580-2020
Fax:  (312) 782-3806
E-mail:  anicgorski@scandagliaryan.com

## CERTIFICATE OF SERVICE

  I, Alan W. Nicgorski, hereby certify that a true copy of the foregoing **Notice of Motion** and **Motion to Remove Non-Parties GSP I Acquisition, LLC and Walton Street Capital, LLC From the Service List** were served upon all the parties listed on the Court's CM/ECF System.


                     /s/ Alan W. Nicgorski

Alan W. Nicgorski (#6243574)
Gregory J. Scandaglia (#6195144)
Scandaglia & Ryan
55 East Monroe Street, Suite 3930
Chicago, Illinois 60603
Phone: (312) 580-2020
Fax: (312) 782-3806
E-mail: anicgorski@scandagliaryan.com