UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrew J. Maxwell

        Plaintiff,

v.               Case No.: 1:08−cv−04209
                 Honorable Charles R. Norgle Sr.

T. Gregory Kemp, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion to Remove Non−Parties GSP 1 Acquisition, LLC and Walton Street Capital, LLC from the Service List [7] is granted. The August 1, 2008 notice of motion hearing date is stricken. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.