U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
CORRECTED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-cv-4209
Maxwell v. Kemp, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants T. Gregory Kemp, Jon T. Miho, Airport Trade Center, LLC, et al.

| | |
|---|---|
| NAME (Type or print) <br> Aaron B. Chapin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Aaron B. Chapin | |
| FIRM <br> Reed Smith, LLP | |
| STREET ADDRESS <br> 10 South Wacker Drive, Suite 4000 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292540 | TELEPHONE NUMBER <br> 312-207-2452 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |