**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH S. BEALE, | ) | 08-CV-4209 |
| | ) | |
| _____ | ) | Honorable Joan B. Gottschall |
| | ) | |
| ANDREW J. MAXWELL, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | USBC Case No.: 04 B 8748, and |
| | ) | Case No.: 04 A 2416 |
| JOSEPH S. BEALE, JANE RODAK, et al. | ) | Honorable Bruce W. Black |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:　Richard J. Mason, P.C. (ARDC #01787659)
　　　Patricia K. Smoots (ARDC #06194076)
　　　Michael M. Schmahl (ARDC #06275860)
　　　MCGUIREWOODS LLP
　　　77 W. Wacker Drive, Suite 4100
　　　Chicago, IL 60601

　　　**PLEASE TAKE NOTICE** that on August 7, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, United States District Court Judge, in Courtroom 2325, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, for the purpose of setting a briefing schedule regarding the **Defendants' Motion to Withdraw the Reference to the Bankruptcy Court** that was filed with the United States Bankruptcy Court for the Northern District of Illinois on July 18, 2008, copies of which were served upon you at that time.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/Pia N. Thompson
　　　　　　　　　　　　　　　　　　　　Counsel for Appellants

Dated: August 4, 2008

Alexander Terras (IL Bar No. 2810700)
Pia N. Thompson (IL Bar No. 6225746)
Aaron B. Chapin (IL Bar No. 6292540)
REED SMITH LLP.
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
(312) 207-1000

## CERTIFICATE OF SERVICE

I, Pia N. Thompson, an attorney, do hereby certify that on the 4th day of August 2008, I did serve the forgoing **NOTICE OF MOTION**, by causing a copy thereof to be served via email to:

| | |
|---|---|
| To:    Richard J. Mason, P.C.<br>Patricia K. Smoots<br>Michael M. Schmahl<br>McGuire Woods LLP<br>77 W. Wacker Drive<br>Suite 4100<br>Chicago, IL 60601<br>Email:  rmason@mcguirewoods.com<br>psmoots@mcguirewoods.com<br>mschmahl@mcguirewoods.com | |

                                                */s/ Pia N. Thompson*
                                                  Pia N. Thompson