UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrew J. Maxwell
                       Plaintiff,

v.                                           Case No.: 1:08−cv−04209
                                                  Honorable Joan B. Gottschall

T. Gregory Kemp, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion hearing held on 8/7/2008 regarding motion to withdraw reference, [1]. Briefing schedule as to motion to withdraw reference, [1] is as follows :( Responses due by 8/28/2008, Replies due by 9/4/2008.) Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.