### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 04 B 8748 |
| JOSEPH S. BEALE, | ) | |
|     Debtor. | ) | |
| _____ | ) | Adversary No. 04 A 2416 |
| | ) | |
| ANDREW J. MAXWELL, Trustee, | ) | |
| | ) | |
|     Plaintiff, | ) | DISTRICT COURT |
| v. | ) | CASE NO. 08 C 04209 |
| | ) | |
| T. GREGORY KEMP, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

### NOTICE OF FILING

    **PLEASE TAKE NOTICE** that on **Thursday, August 28, 2008** the undersigned caused the **Trustee's Response in Opposition to the Motion to Withdraw the Reference** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

                                    **ANDREW J. MAXWELL, Chapter 7 Trustee for the Bankruptcy Estate of Joseph S. Beale**

                                    By:____/s/ *Patricia K. Smoots*_____
                                         One of his attorneys

Richard J. Mason, P.C. (#01787659)
Patricia K. Smoots (#01694076)
John F. Pollick (#3128122)
Michael M. Schmahl  #06275860)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100

*Attorneys for Andrew J. Maxwell, Trustee*

## CERTIFICATE OF SERVICE

Patricia K. Smoots, an attorney, hereby certifies that on this 28th day of August, 2008, she caused copies of the **Trustee's Response in Opposition to the Motion to Withdraw the Reference** to be served by electronic service through the Court's electronic service system upon all persons receiving such notice and via facsimile to the persons on the attached service list.

By:   /s/ *Patricia K. Smoots*
Patricia K. Smoots

## SERVICE LIST

Dean C. Harvalis
Assistant US Trustee
Office of the US Trustee, Northern District of IL
227 W. Monroe Street, Suite 3350
Chicago IL 60606
FAX: 312-886-5794
Constantine.harvalis@usdoj.gov


Pia N. Thompson
Alex Terras
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
pthompson@reedsmith.com
aterras@reedsmith.com
ebuck@reedsmith.com
FAX: 312-207-6400


\6518278.1